**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL R. O'NEAL,<br><br>            Plaintiff,<br><br>   vs.<br><br>T.C. DILLARD, D.D.S., ET AL.,<br><br>            Defendants. | CASE NO. CV 08-02980 JVS (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: July 9, 2010

_(signature)_

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE